LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
CONOR M. KELLY (State Bar #264585)
ckelly@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER MCDONALD MORESCO and IGNAZIO MORESCO | Case No. |
| Plaintiffs, | **COMPLAINT FOR DAMAGES** (Personal Injury – Negligence; Loss of Consortium) |
| v. | |
| TERRA JANEVA CALEGARI, DESTINATION HOTELS AND RESORTS, LLC, and DOES ONE through ONE HUNDRED, | |
| Defendants. | |

Plaintiffs complain of the defendants and allege as follows:

**JURISDICTION**

1.      Plaintiffs bring this complaint under federal diversity jurisdiction, 28 U.S.C. 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.

**VENUE**

2.      This is the proper court for commencing this action because the relevant acts or omissions alleged herein occurred within the Eastern District of the State of California.  (28 U.S.C. §1402(b)).

## PARTIES

3.    Plaintiffs HEATHER MCDONALD MORESCO and IGNAZIO MORESCO are individuals who are, and all times relevant to this Complaint were, residents of the State of California.

4.    Defendant TERRA JANEVA CALEGARI is an individual who is, and all times relevant to this Complaint was, a resident of the State of Nevada with a last known address of 774 Mays Boulevard, Incline Village, Nevada, 89451.

5.    Defendant DESTINATION HOTELS AND RESORTS, LLC is a corporation or other business entity,  authorized to conduct business and conducting business in the State of Colorado, with its principal place of business located at 10333 East Dry Creek Road, Englewood, Colorado, 80112.

6.    Plaintiffs are ignorant of the true names, capacities, and involvements of defendants named herein as DOES ONE through ONE-HUNDRED, inclusive, and therefore sues these defendants under such fictitious names.  Plaintiffs will amend this Complaint to allege their true names, capacities, and involvements when same are finally determined.  Plaintiffs are informed and believe, and thereupon alleges, that each of the fictitiously named defendants are negligently, strictly liable, or otherwise responsible in some manner for the occurrences alleged herein, and plaintiff's injuries as alleged herein were proximately caused by the negligence or other actionable conduct of these defendants.

## FACTUAL BACKGROUND

7.    This case stems from a motor vehicle versus pedestrian collision which occurred on or about the private driveway at 400 Squaw Creek Road, Olympic Valley, California on or about February 13, 2017 at approximately 8:18 a.m.

8.    Plaintiff HEATHER MCDONALD MORESCO was a guest at a commercial property located at 400 Squaw Creek Road, Olympic Valley, California at the time of the collision.  On February 13, 2017 at approximately 8:18 a.m., plaintiff was walking on the private driveway of said property attempting to access her vehicle which was parked in an area specifically designated for handicapped parking.

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

(PERSONAL INJURY – NEGLIGENCE; LOSS OF CONSORTIUM) - CASE NO.

9.    At said time and place, plaintiff HEATHER MCDONALD MORESCO was struck by a motor vehicle being operated by the defendants as described below.  As a result of the collision, plaintiff sustained serious and permanent injuries to her leg and spine as well injuries to other portions of her body.

## FIRST CAUSE OF ACTION
### [Motor Vehicle Negligence]

Plaintiff HEATHER MCDONALD MORESCO complains of defendants, and each of them, and, for a First Cause of Action, alleges as follows:

10.    At all times herein-mentioned, each and every of the defendants was the agent, servant, employee, partner, joint venturer, alter ego, affiliate, and/or franchisee of each of the other defendants, and each was at all times acting within the scope of such agency, service, partnership, employment, joint venture, affiliation and/or franchise.

11.    At all times herein-mentioned, defendants TERRA JANEVA CALEGARI, and DOES ONE through TEN, and each of them, owned, entrusted, operated, maintained, drove, supervised and controlled a 2010 BMW X3 bearing Nevada license plate number 906XHN.

12.    On or about February 13, 2017 at approximately 8:18 a.m. defendants TERRA JANEVA CALEGARI, and DOES FIVE through FIFTEEN were owning, entrusting, operating, maintaining, driving, supervising and controlling the above described BMW X3 on the premises known as the Squaw Creek Resort Driveway in Unincorporated Placer County, State of California.

13.    At said time and place, plaintiff HEATHER MCDONALD MORESCO was a pedestrian lawfully walking on the premises known as the Squaw Creek Resort Driveway.

14.    At said time and place, defendants TERRA JANEVA CALEGARI, and DOES FIVE through FIFTEEN, and each of them, negligently and carelessly owned, entrusted, operated, maintained, drove, supervised and controlled the above described 2010 BMW X3 so as to cause it to strike and collide with plaintiff HEATHER MCDONALD MORESCO.

15.    At said time and place, defendants TERRA JANEVA CALEGARI, was operating the subject BMW X3 while in the course and scope of her employment with defendants

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3

(PERSONAL INJURY – NEGLIGENCE; LOSS OF CONSORTIUM) - CASE NO.

1    DESTINATION HOTELS AND RESORTS, LLC, and DOES TEN through TWENTY, and each

2    of them.

3         16.    As a direct and legal result of the negligence of defendants, and each of them,

4    plaintiff HEATHER MCDONALD MORESCO sustained severe injuries including, but not

5    limited to, fractures to her tibia, fibula and spine, damage to the skin, cartilage, ligaments and soft

6    tissues in her leg and back, bruising, abrasions, emotional distress and other injuries not yet

7    diagnosed, all causing pain, suffering, and disability.  Plaintiff is informed and believes, and

8    thereupon alleges, that certain of said injuries will be permanent in nature, the extent of such

9    permanent injuries being presently unknown to her.  Plaintiff prays leave to amend this Complaint

10    to insert her elements of damages in this respect when the same are finally determined.

11         17.    As a further direct and legal result of the negligence of defendants, and each of

12    them, plaintiff HEATHER MCDONALD MORESCO was required to employ physicians,

13    surgeons and other health care professionals to examine, treat, and care for her.  Plaintiff thereby

14    did incur, and will continue to incur, medical, rehabilitation, therapy, treatment and incidental

15    expenses, the exact amount of such expenses being presently unknown to plaintiff.  Plaintiff prays

16    leave to amend this Complaint to insert her elements of damages in this respect when the same are

17    finally determined.

18         18.    As a further direct and proximate result of the negligence of defendants, and each

19    of them, as described above and below, plaintiff has been unable to at times to follow her regular

20    employment to her special damage in a presently unascertained sum, as said loss is still

21    continuing, and has sustained a loss of earning capacity, and plaintiff prays leave to amend this

22    Complaint in this respect when the same are finally determined.

23         19.    As a further direct and legal result of the negligence of defendants, and each of

24    them, plaintiff has sustained special (economic) damages in a sum in excess of the minimum

25    jurisdictional limits of this Court.

26         20.    As a further direct and legal result of the negligence of defendants, and each of

27    them, plaintiff has sustained general (non-economic) damages in a sum in excess of the minimum

28    jurisdictional limits of this Court.

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4

(PERSONAL INJURY – NEGLIGENCE; LOSS OF CONSORTIUM) - CASE NO.

1    WHEREFORE, plaintiff HEATHER MCDONALD MORESCO prays for judgment for

2  damages as hereinafter set forth.

3
### SECOND CAUSE OF ACTION
4  **[Negligence: Premises Related]**

5
Plaintiff HEATHER MCDONALD MORESCO complains of defendants DESTINATION
6
HOTELS AND RESORTS, LLC, and DOES TEN through EIGHTY, and each of them, and for a
7
Second Cause of Action alleges:
8
21.    Plaintiff hereby alleges and incorporates by this reference each and every allegation
9
of the First Cause of Action and makes it part of this, the Second Cause of Action, as though fully
10
set forth herein.
11
22.    At all relevant times herein, defendants DESTINATION HOTELS AND
12
RESORTS, LLC, and DOES FIFTY-ONE through EIGHTY either individually or jointly, owned,
13
maintained, managed, operated, supervised and controlled the property known as the Squaw Creek
14
Resort located at or about 400 Squaw Creek Road, Olympic Valley, California, including the
15
driveway, walkways, valet parking area, vehicular parking areas, road markings, and surroundings
16
area where this collision occurred (hereinafter the "Subject Property").
17
23.    Upon information and belief, DESTINATION HOTELS AND RESORTS, LLC,
18
and DOES FIFTY-ONE through EIGHTY were negligent and careless in the ownership,
19
operation, management, design, construction, maintenance, inspection, repair, and control of the
20
Subject Property such that it constituted a dangerous and hazardous condition.  By way of
21
example, the defendants' negligence included, but was not limited to, negligently failing to
22
provide a driveway and valet parking area with adequate lines of sight and visibility for
23
pedestrians and drivers; negligently constructing, maintaining and operating a private driveway
24
with inadequate and unsafe lines of sight for pedestrians and drivers; carelessly and negligently
25
failing to clear snow from the area surrounding the driveway and valet parking area in a timely
26
manner and instead permitting and allowing snow to build up and therefore impair sight lines for
27
pedestrians and drivers; carelessly and negligently permitting, allowing and directing pedestrians
28
and drivers to use the driveway and valet parking area when the sight lines and visibility in the

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

(PERSONAL INJURY – NEGLIGENCE; LOSS OF CONSORTIUM) - CASE NO.

1   area of the driveway were inadequate; carelessly and negligently maintaining and locating

2   handicap parking spaces on the property such that pedestrians, such as plaintiff, were caused to

3   transverse vehicle traffic in order to access vehicles parked in the handicap parking spaces;

4   negligently failing to warn users of the property, including plaintiff of the danger of moving

5   vehicles in the area of the private driveway and valet desk; negligently providing inadequate and

6   unsafe warnings to drivers and guests of the property regarding use of the driveway and valet

7   parking area; negligently failing to control the speed and flow of vehicle traffic on the subject

8   driveway; and otherwise negligently and carelessly operating, managing, designing, constructing,

9   maintaining, inspecting, repairing, and controlling of the Subject Property.

10          24.     By reason of the premises and as a direct and legal result of the defendants'

11   negligence and carelessness in the ownership, operation, management, design, layout,

12   construction, maintenance, inspection, repair and control of the above Subject Property, plaintiff

13   was caused to be struck by a moving vehicle while she was walking on the Subject Property

14   driveway thereby causing her to suffer and sustain physical injuries as described above.

15          25.     By reason of the premises and at all relevant times herein-mentioned, the

16   defendants' negligence and carelessness in the ownership, operation, management, design, layout,

17   construction, maintenance, inspection, repair and control of the above Subject Property was a

18   proximate and legal cause of plaintiff's injuries as aforesaid, a substantial factor in causing

19   plaintiff's injuries, and created a reasonably foreseeable risk of the nature and kind of injury

20   plaintiff sustained.

21          26.     As a further direct and legal result of the negligence of defendants, and each of

22   them, plaintiff has sustained special (economic) damages in a sum in excess of the minimum

23   jurisdictional limits of this Court.

24          27.     As a further direct and legal result of the negligence of defendants, and each of

25   them, plaintiff has sustained general (non-economic) damages in a sum in excess of the minimum

26   jurisdictional limits of this Court.

27          WHEREFORE, plaintiff HEATHER MCDONALD MORESCO prays for judgment for

28   damages as hereinafter set forth.

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

(PERSONAL INJURY – NEGLIGENCE; LOSS OF CONSORTIUM) - CASE NO.

## THIRD CAUSE OF ACTION
### [Loss of Consortium]

Plaintiff IGNAZIO MORESCO complains of defendants each of them, and for a Third Cause of Action alleges:

28.     Plaintiff hereby incorporates by reference paragraphs 1 through 27 herein, as though alleged fully in this Cause of Action.

29.     Plaintiff IGNAZIO MORESCO is, and at all times herein mentioned was, the lawful spouse of plaintiff HEATHER MCDONALD MORESCO.

30.     As a direct, legal and proximate result of the negligence, culpability and fault of the defendants, plaintiff IGNAZIO MORESCO suffered the loss of his wife's support, service, love, companionship, affection, society, intimate relations, and other elements of consortium, all to plaintiff's general damage, in an amount in excess of the jurisdictional minimum of this Court.

WHEREFORE, plaintiffs pray judgment against defendants, and each of them, jointly and severally, as follows:

a.     For general damages according to proof;

b.     For special damages according to proof;

c.     For costs of suit;

d.     For pre-judgment interest according to law; and

e.     For such other and further relief as the court may deem proper.

WALKUP, MELODIA, KELLY & SCHOENBERGER

Dated:  June 1, 2017

_____
CONOR M. KELLY
Attorneys for Plaintiff

///

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

(PERSONAL INJURY – NEGLIGENCE; LOSS OF CONSORTIUM) - CASE NO.

**DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a jury trial.

Dated:  June 1, 2017                           WALKUP, MELODIA, KELLY & SCHOENBERGER

                                                                CONOR M. KELLY
                                                                Attorney for Plaintiffs

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

8

(PERSONAL INJURY – NEGLIGENCE; LOSS OF CONSORTIUM) - CASE NO.