# IN THE UNTIED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER MCDONALD MORESCO AND IGNAZIO MORESCO,<br><br>Plaintiffs,<br><br>vs.<br><br>TERRA JANEVA CALEGARI, DESTINATION HOTELS AND RESORTS, LLC, AND DOES ONE THROUGH ONE HUNDRED,<br><br>Defendants. | Case No.: 2:17-cv-01155-TLN-DB<br><br>**ORDER APPROVING GOOD FAITH SETTLEMENT**<br>**(C.C.P. Section 877.6(a)(2))** |

The Application for Determination of Good Faith Settlement of Defendant, Terra Janeva Calegari, relating to her settlement in the above-referenced action was filed and served in conformance with California Code of Civil Procedure § 877.6(a)(2) on March 4, 2019. (ECF No. 14.) The Court, having received no opposition within the time period set forth in § 877.6, and good cause appearing therefore, hereby APPROVES the Application and finds Defendant Calegari's settlement with Plaintiffs, Heather McDonald Moresco and Ignazio Moresco, to be in good faith within the meaning of California Code of Civil Procedure §§ 877 and 877.6.

Pursuant to § 877.6(c), the determination by the Court "that the settlement was made in good faith shall bar any other joint tortfeasor or co-obligor from any further claims against the settling

tortfeasor or co-obligor for equitable comparative contribution, or partial or comparative indemnity, based upon comparative negligence or comparative fault."

IT IS SO ORDERED.

Dated: May 30, 2019

_____
Troy L. Nunley
United States District Judge